UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INNOCENCE PROJECT, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MUSEUM OF HEALTH AND MEDICINE, et al., <br><br> Defendants. | Case No. 19- cv-1574 |

**PROOF OF SERVICE**

I, Samantha Winter, hereby declare:

1. I am over 18 years of age and am not a party to the above-captioned action.

2. On March 7, 2019, I served the defendants in this action by sending, via U.S. Postal Service certified mail, a copy of the Complaint with all exhibits, a copy of the corporate disclosure statement, and a copy of the March 5, 2019 Order of Judge Nathan, to each defendant.

3. On March 15, 2019, I sent, via U.S. Postal Service certified mail, a copy of the Complaint with all exhibits, a copy of the corporate disclosure statement, and a copy of the March 5, 2019 Order of Judge Nathan, to the Civil Process Clerk of the Unites States Attorney's Office for the Southern District of New York and to the Attorney General of the United States.

4. I mailed these documents to each party at the addresses indicated below, with the corresponding certified mail tracking numbers.

| Recipient | Address | Certified Mail Tracking No. |
|---|---|---|
| National Museum of Health and Medicine | 2500 Linden Lane<br>Silver Spring, Maryland 20910 | 7013 3020 0000 7714 0727 |
| Defense Health Agency | 7700 Arlington Boulevard<br>Suite 5101<br>Falls Church, VA 22042-5101 | 7013 3020 0001 7670 7947 |
| Department of Defense | 1400 Defense Pentagon<br>Washington, DC 20301-1400 | 7013 3020 0001 7670 8074 |
| Laura Cutter | 2500 Linden Lane<br>Silver Spring, Maryland 20910 | 7013 3020 0001 7670 8081 |
| David Shackelford | 2500 Linden Lane<br>Silver Spring, Maryland 20910 | 7013 3020 0001 7670 8043 |
| Adrianne Noe | 2500 Linden Lane<br>Silver Spring, Maryland 20910 | 7013 3020 0001 7670 8012 |
| Raquel Bono | 7700 Arlington Boulevard<br>Suite 5101<br>Falls Church, VA 22042-5101 | 7013 3020 0001 7670 7992 |
| Patrick Shanahan | 1400 Defense Pentagon<br>Washington, DC 20301-1400 | 7013 3020 0001 7670 8067 |
| Civil Process Clerk<br>United States Attorney's Office, SDNY | 1 St. Andrew's Plaza<br>New York, NY 10007 | 7013 3020 0001 7670 7978 |
| Attorney General of the United States | 950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 7013 3020 0001 7670 7961 |

5. Attached hereto as Exhibit A is a true and correct copy of the certified mail receipts for each defendant, the Attorney General of the United States, and the Civil Process Clerk of the United States Attorney's Office for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2019, at Buffalo, NY.

Samantha Winter
UNIVERSITY AT BUFFALO
SCHOOL OF LAW
507 O'Brian Hall, North Campus
Buffalo, NY 14260-1100
Tel: (716) 645-6222
Fax: (716) 645-6199
Email: law-cltc@buffalo.edu