# EXHIBIT A



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees
Postmark Here

MAR 18 2019   GETZVILLE, NY 14068

Sent To  US Dept of Justice
Street, Apt. No.; or PO Box No.  Ofc. of Attorney General  950 Pennsylvania Ave NW
City, State, ZIP+4  Washington, DC 20530

PS Form 3800, August 2006       See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees
Postmark Here

MAR 18 2019   GETZVILLE, NY 14068

Sent To  USAO - SDNY
Street, Apt. No.; or PO Box No.  ATTN: Civil Process Clerk  1 St. Andrew's Plaza
City, State, ZIP+4  New York, NY 10007

PS Form 3800, August 2006       See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

MAR 11 2019   GETZVILLE, NY 14068

Sent To  Department of Defense
Street, Apt. No.; or PO Box No.  1400 Defense Pentagon
City, State, ZIP+4  Washington, DC 20301-1400

PS Form 3800, August 2006       See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

MAR 11 2019   GETZVILLE, NY 14068

Sent To  Defense Health Agency
Street, Apt. No.; or PO Box No.  7700 Arlington Boulevard Suite 5101
City, State, ZIP+4  Falls Church, VA 22042-5101

PS Form 3800, August 2006       See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

GETZVILLE, NY 14068   MAR 11 2019

Sent To  Patrick Shanahan
Street, Apt. No.; or PO Box No.  1400 Defense Pentagon
City, State, ZIP+4  Washington, DC 20301-1400

PS Form 3800, August 2006       See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

MAR 11 2019   GETZVILLE, NY 14068

Sent To  Raquel Bono
Street, Apt. No.; or PO Box No.  7700 Arlington Boulevard Suite 5101
City, State, ZIP+4  Falls Church, VA 22042-5101

PS Form 3800, August 2006       See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $          Postmark
☐ Certified Mail Restricted Delivery $         Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To   Natl. Museum of Health & Medicine
Street and Apt. No., or PO Box No.   2500 Linden Lane
City, State, ZIP+4   Silver Spring, MD 20910

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

GETZVILLE, NY 14068  MAR 11 2019  USPS

7017 1070 0000 7714 0727



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage          $
Certified Fee
Return Receipt Fee
(Endorsement Required)            Postmark
Restricted Delivery Fee            Here
(Endorsement Required)
Total Postage & Fees   $

Sent To   Adrianne Noe
Street, Apt. No.;
or PO Box No.   2500 Linden Lane
City, State, ZIP+4   Silver Spring, MD 20910

PS Form 3800, August 2006      See Reverse for Instructions

GETZVILLE, NY 14068  MAR 11 2019  USPS

7017 3020 0001 7670 8012



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage          $
Certified Fee
Return Receipt Fee
(Endorsement Required)            Postmark
Restricted Delivery Fee            Here
(Endorsement Required)
Total Postage & Fees   $

Sent To   Laura Cutter, Chief Archivist
Street, Apt. No.;   NMHM
or PO Box No.   2500 Linden Lane
City, State, ZIP+4   Silver Spring, MD 20910

PS Form 3800, August 2006      See Reverse for Instructions

GETZVILLE, NY 14068  MAR 11 2019  USPS

7013 3020 0001 7670 8081



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage          $
Certified Fee
Return Receipt Fee
(Endorsement Required)            Postmark
Restricted Delivery Fee            Here
(Endorsement Required)
Total Postage & Fees   $

Sent To   David Shackelford
Street, Apt. No.;
or PO Box No.   2500 Linden Lane
City, State, ZIP+4   Silver Spring, MD 20910

PS Form 3800, August 2006      See Reverse for Instructions

GETZVILLE, NY 14068  MAR 11 2019  USPS

7013 3020 0001 7670 8043