UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 1 2019

The Innocence Project, Inc.,

          Plaintiff,

–v–

National Museum of Health and Medicine, *et al.*,

          Defendants.

19-cv-1574 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are hereby ordered to show cause why the Court should not grant an order that only allows Plaintiff to file the document in question under seal in its client's state post-conviction proceeding. This order would not prevent the court in the state post-conviction proceeding from ordering further disclosure of the document. The parties shall submit a joint filing by October 28, 2019. To the extent the parties have different views on this matter, they may supplement the joint filing with letter submissions.

SO ORDERED.

Dated: October ___, 2019
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge