UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Innocence Project, Inc.,

    Plaintiff,

–v–

National Museum of Health and Medicine, *et al.*,

    Defendants.

19-cv-1574 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Order of October 31, 2019, Dkt. No. 45, Plaintiff was to serve all relevant documents from this proceeding on both the author and the subject of the document in question, and file proof of service with the Court. As of the date of this Order, the Court is not receipt of proof of service on these individuals. Plaintiff is hereby ordered to file proof of service with the Court within one week of the date of this Order.

SO ORDERED.

Dated: December 3, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge