UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Innocence Project, Inc.,

    Plaintiff,

—v—

National Museum of Health and Medicine, *et al.*,

    Defendants.

19-cv-1574 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court previously ordered Plaintiff to give notice to the author and subject of a particular document, which may be subject to the Privacy Act, that Plaintiff seeks unrestricted disclosure of the document. Dkt. No. 45. On December 20, 2019, the Court received a letter from the author of the document, asking for an extension of time to obtain counsel and oppose unrestricted disclosure of the document. The Court hereby extends the author's time to file briefing opposing disclosure of the document to January 31, 2020. The Court further orders that the letter it received be filed under seal. Chambers will mail a copy of this Order to the author of the document.

SO ORDERED.

Dated: December 23, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge