UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The Innocence Project, Inc.,

        Plaintiff,

–v–

National Museum of Health and Medicine, *et al.*,

        Defendants.

19-cv-1574 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court previously ordered Plaintiff to give notice to the author and subject of a particular document, which may be subject to the Privacy Act, that Plaintiff seeks unrestricted disclosure of the document. Dkt. No. 45. The Court has now received a letter from the author of the document opposing its unrestricted disclosure. This letter will be filed under seal. Pursuant to the Court's Order of October 31, 2019, Plaintiff has until February 7, 2020 to file Reply briefing. Dkt. No. 45. Chambers will mail a copy of this Order to the author of the document.

SO ORDERED.

Dated: January 31, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge