USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Innocence Project, Inc.,

    Plaintiff,

–v–

National Museum of Health and Medicine, *et al.*,

    Defendants.

19-cv-1574 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the Court's Order dated January 21, 2020, a status update was due by March 17, 2020. Dkt. No. 55. As of the date of this Order, the Court is not in receipt of this status update. The parties are hereby ordered to submit the status update by April 7, 2020.

SO ORDERED.

Dated: March 31, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge