## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE INNOCENCE PROJECT, INC.

*Plaintiff,*

v.

NATIONAL MUSEUM OF HEALTH
AND MEDICINE, *et al.,*

*Defendants.*

Case No. 19-cv-1574 (AJN)

## REDACTED CERTIFICATE OF SERVICE

I, Jonathan Manes, declare under penalty of perjury that I served a copy of
Plaintiff's Letter Motion to File Documents Under Seal and Joint Status Report
upon counsel for defendants in this case by means of the Court's CM/ECF service
and upon the following interested non-parties by first class mail at the addresses
indicated below.:



/s/Jonathan Manes
Jonathan Manes

Dated: October 9, 2020
        Chicago, IL