**Roderick and Solange MacArthur Justice Center**
160 East Grand Avenue, Sixth Floor
Chicago, Illinois 60611
O 312 503 0012
F 312 503 0891
C 203 214 0195
macarthurjustice.org

**Jonathan Manes**
Attorney at Law
Bar Admission: New York State

jonathan.manes@law.northwestern.edu

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021
```

January 9, 2021

BY ECF

The Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

> RE:  *Innocence Project v. National Museum of Health and Medicine*, No. 19-cv-1574
> Letter motion to accept late-filed status report

Dear Judge Nathan,

Plaintiff submits this letter motion to ask the Court to accept the late-filed joint status report it submitted earlier today. *See* ECF No. 75. The status report was due yesterday, Friday, January 8, 2021, per the Court's order endorsing the parties' previous status report. ECF No. 74. The parties' failure to timely file the report was entirely the fault of undersigned counsel. Undersigned counsel circulated a draft of the joint status report to Defendant's counsel on Thursday, January 7, 2021, and promptly received consent to file from Defendant's counsel's that evening. However, in the midst of other professional obligations on Friday, undersigned counsel failed to file the status report as required. Counsel realized the oversight earlier today when reviewing open matters and then immediately filed the report.

Plaintiff respectfully asks the Court to accept the late-filed status report. Undersigned counsel apologizes to the Court and requests its forbearance for this lapse.

> The request for an extension of time to file the status report nunc pro tunc is GRANTED. The parties shall file a further status report on or before April 9, 2021.  SO ORDERED.

Respectfully submitted,

/s/Jonathan Manes
Jonathan Manes
Roderick & Solange MacArthur Justice
  Center
160 E. Grand Ave., 6th Fl.
Chicago, IL 60611
(312) 503-0012
jonathan.manes@law.northwestern.edu

*Counsel for Plaintiff*

SO ORDERED.  1/11/2021
ALISON J. NATHAN, U.S.D.J.