UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Innocence Project, Inc.,

        Plaintiff,

   –v–

National Museum of Health and Medicine, *et al.*,

        Defendants.

19-cv-1574 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 29, 2021, the Court's Pro Se Intake Unit received and docketed a letter, formerly Dkt. No. 78, disclosing the identity of an individual that the Court had previously ordered be protected. *See* Dkt. No. 57. The Court has removed the docket entry, and the letter will be filed under seal. If the individual who filed the letter formerly docketed at Dkt. No. 78 wishes to file any further letters in this case, they should be prominently marked "To Be Filed Under Seal."

    The Plaintiff shall serve a copy of this Order on the individual who filed the letter formerly docketed at Dkt. No. 78 at the email address identified in that letter.

    SO ORDERED.

Dated: February 3, 2021
       New York, New York

                                    ALISON J. NATHAN
                                   United States District Judge